## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON  DIVISION

| | | |
|---|---|---|
| **CARSON WHICKER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21CV00047 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **VIRGINIA EMPLOYMENT** | ) | JUDGE JAMES P. JONES |
| **COMMISSION, ET AL.,** | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Opinion and Order entered herewith, the Court finding that it does not have subject-matter jurisdiction, this action is hereby DISMISSED.

It is so **ORDERED**.

The Clerk shall close the case.

ENTER:   December 17, 2023

/s/  JAMES P. JONES
Senior United States District Judge